**Reginald MOFFETT, Petitioner–Appellant,**

v.

**Scott DODRILL, Warden, Respondent–Appellee.**

No. 01–7839.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Reginald Moffett, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Reginald Moffett appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moffett v. Dodrill,* No. CA–01–655–5–BR (E.D.N.C. filed Sept. 7, 2001 & entered Sept. 11, 2001; filed Sept. 27, 2001 & entered Sept. 28, 2001). We dispense with oral argument because the facts and

them for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*